**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-7309**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MARIO SORTO,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-96-251-A, CA-99-854-AM)

─────────────

Submitted: December 16, 1999          Decided: December 22, 1999

─────────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Mario Sorto, Appellant Pro Se. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mario Sorto seeks to appeal the district court's orders deny-
ing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999),
and denying his motion for reconsideration.  We have reviewed the
record and the district court's opinions and find no reversible
error.  Accordingly, we deny a certificate of appealability and
dismiss the appeal on the reasoning of the district court.  <u>See</u>
<u>United States v. Sorto</u>, Nos. CR-96-251-A; CA-99-854-AM (E.D. Va.
July 1 & Sept. 9, 1999).  We dispense with oral argument because
the facts and legal contentions are adequately presented in the ma-
terials before the court and argument would not aid the decisional
process.

<u>DISMISSED</u>